# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

128276(30)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LISA D. WYATT, Successor Personal
Representative of the Estate of William
Nolan Wyatt, Deceased,
          Plaintiff-Appellee,

v

OAKWOOD HOSPITAL AND
MEDICAL CENTERS, a/k/a
OAKWOOD HEALTHCARE, INC,
and THOMAS AUSTIN CHAPEL,
M.D.,
          Defendants,

and

PARVEZ KHAN, M.D.,
          Defendant-Appellant.
_____/

SC: 128276
COA: 258235
Wayne CC: 04-402043-NH

On order of the Court, the motion for reconsideration of this Court's order of June 17, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and KELLY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

p1026